ELIZABETH J. ARLEO (201730)
ARLEO LAW FIRM, PLC
16870 West Bernardo Drive, Suite 400
San Diego, CA 92127
(858) 674 -6912
(760) 789-8081 (fax)

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| CENGIZ SENGEL,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., and<br><br>DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 5:16-cv-00205<br><br>Hon. Jesus G. Bernal<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**<br><br>Action Filed: December 28, 2015<br>Removal Date: February 3, 2016 |

TO THE CLERK, THE COURT, DEFENDANTS AND DEFENDANTS' ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i), Plaintiff Cengiz Sengel hereby voluntarily dismisses with prejudice all claims asserted in the Complaint filed in this matter on December 28, 2015 against defendant Wells Fargo Bank, N.A. and DOES 1 through 10, inclusive.

DATED: February 26, 2016                    ARLEO LAW FIRM, PLC

                                                              *s/Elizabeth J. Arleo*
                                                              ELIZABETH J. ARLEO

                                                              Attorney for Plaintiff

NOTICE OF DISMISSAL

1